# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Emilio Uribe </br> *Plaintiff* </br> v. </br> Commissioner of Social Security </br> *Defendant* | ) </br> ) </br> ) Civil Action No. 1:16-cv-03105-FVS </br> ) </br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Parties' Stipulated Motion for Remand, ECF No. 22, GRANTED.
Report and Recommendation, ECF 24, ADOPTED in its entirety.
Judgment for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Fred Van Sickle on Parties' Stipulated motion for Remand, ECF No. 22, GRANTED. Report and Recommendation, ECF 24, ADOPTED in its entirety.

Date: 5/8/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler