1
2
3          UNITED STATES DISTRICT COURT
4          EASTERN DISTRICT OF WASHINGTON
5
6
7   EMILIO URIBE,                          No. 1:16-CV-03105-FVS
                          Plaintiff,
8                                          ORDER ADOPTING REPORT AND
    vs.                                    RECOMMENDATION TO GRANT
9                                          PLAINTIFF'S MOTION FOR EAJA
                                           ATTORNEY'S FEES
10  COMMISSIONER OF SOCIAL
    SECURITY,
11                                         ECF No. 27, 31
                          Defendant.
12
13
14
            **BEFORE THE COURT** is the Report and Recommendation issued by
15
16  Magistrate Judge Mary K. Dimke on August 24, 2017, ECF No. 31, recommending
17  Plaintiff's motion for attorney fees pursuant to the EAJA, ECF No. 27, be granted**.**
18
    No objection was filed.
19
20          After review, the Court adopts the Report and Recommendation in its entirety.
21          Accordingly, **IT IS ORDERED:**
22
            1.      The Report and Recommendation, **ECF No. 31,** to grant Plaintiff's
23
24  motion for fees pursuant to the EAJA, **ECF No. 27,** is **ADOPTED in its entirety**.
25
26
27

2.    The District Court Executive is directed to enter this Order, forward copies to the parties, and close the file.

DATED September 11, 2017.

*s/ Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge